GAM 35
(Rev. 2/06)

**Report and Order Terminating Probation
Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

FOR THE

MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>**JEFFREY R. FOWLER** | Crim. No.   5:23-MJ-00076-001 (CHW) |

On March 18, 2024, Jeffrey R. Fowler's probation period of 12-months commenced. Fowler has complied with the rules and regulations of supervised release, he has met the criteria for early termination as outlined in the *Guide to Judicial Policy*; Part E (Post-Conviction Supervision); Chapter 3, as approved by the Administrative Office of the United States Courts, and he is no longer in need of supervision. Accordingly, it is recommended Jeffrey R. Fowler be discharged from supervision.

Respectfully submitted,

Stephen L. Parker, Jr.
U.S. Probation Officer

## ORDER OF COURT

Pursuant to the above report, it is ordered that the probationer be discharged from supervision and that the proceedings in the case be terminated.

Dated this   3rd   day of   October  , 2024.

CHARLES H. WEIGLE
U.S. MAGISTRATE JUDGE